IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01747-RPM

MAISHA POLLARD,

     Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY and
PETER CRUM, M.D.,

     Defendants.

---

ORDER OF DISMISSAL AS TO DEFENDANT PETER CRUM, M.D.

---

In the third and fourth claims for relief alleged in the plaintiff's complaint, filed July 4, 2011, the plaintiff alleges breaches of the Colorado Anti-Discrimination Act, C.R.S. § § 24-34-401, et seq., by her employer, Denver Health and Hospital Authority and her supervisor Peter Crum, M.D., in the termination of her employment.  Peter Crum, M.D., filed a motion to dismiss on November 4, 2011, pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim for relief against him.  The plaintiff responded and the defendant Peter Crum, M.D., replied.  The papers filed by the parties contain a dispute concerning the correct interpretation of the Colorado statute as to whether an employee of an employer may have liability.  There is no direct Colorado precedent for this Court to follow on that issue.  What is clear is that the Tenth Circuit Court of Appeals in Rodriguez v. Wet Ink, LLC, 603 F.3d 810, 814 (10th Cir. 2010) analyzed the work sharing agreement between the Colorado Civil Rights Division and the Equal Employment Opportunity Commission as precluding the authority of either agency to determine the jurisdiction of the other with respect to the issuance of a notice of right to sue letter, thereby

terminating administrative jurisdiction. The plaintiff has not addressed that case in her opposition. Because the complaint fails to allege that the CCRD has issued a notice of right to sue letter to Maisha Pollard, and even fails to allege that any charge of discrimination was filed as to Defendant Peter Crum, M.D., the claims against this defendant have failed to allege a necessary condition to bringing this action against him. Accordingly, it is

ORDERED that this civil action is dismissed as to the Defendant Peter Crum, M.D.

Dated: December 2nd, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge